```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 16-02974-RNO
Kelly A. Fegley                                               Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: karendavi            Page 1 of 1            Date Rcvd: Aug 31, 2016
                            Form ID: ntcnfhrg          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
```
db           +Kelly A. Fegley,    6243 Harding Avenue,    Harrisburg, PA 17112-1736
4813446       Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4823097       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
4813448      +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
4813450      +Diversified Adjustment Service, Inc,     600 Coon Rapids Blvd,    Coon Rapids, MN 55433-5549
4813451      +Firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
4813452      +Forte Music,    550 North Mountain Road,    Harrisburg, PA 17112-2383
4813453      +Jeremy Fegley,    6348 Knapp Road,    Harrisburg, PA 17111-4583
4813454      +Lower Paxton Township Auhtority,     425 Prince Street, Suite 139,    Harrisburg, PA 17109-3053
4813455      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4813456      +Nationstar Mortgage,    8950 Cypress Waters Boulevard,     Coppell, TX 75019-4620
4813457      +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
4813458      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
4813461       THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4813449      +E-mail/Text: electronicbkydocs@nelnet.net Aug 31 2016 19:16:26     Dept of Education/Nelnet,
               121 South 13th Street,    Lincoln, NE 68508-1904
4813459       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 19:13:36
               Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
4823706       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 19:16:21
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
4813460      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 19:14:13      SYNCB/GAPDC,    PO Box 965036,
               Orlando, FL 32896-5036
4818041      +E-mail/Text: electronicbkydocs@nelnet.net Aug 31 2016 19:16:26
               U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4813447*      Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Johanna Hill Rehkamp    on behalf of Debtor Kelly A. Fegley jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kelly A. Fegley
Debtor(s)

Chapter 13

Case No. 1:16−bk−02974−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **September 28, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 5, 2016 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 31, 2016 |