UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KELLY A. FEGLEY : CHAPTER 13
    Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
    vs. :
 :
KELLY A. FEGLEY :
    Respondent(s) : CASE NO. 1-16-bk-02974

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

    AND NOW, this 10th day of January, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Residential real estate - CMA

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

    BY: /s/James K. Jones
            Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 10th day of January, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Johanna Hill Rehkamp, Esquire
P.O. Box 60457
Harrisburg, PA   17106

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee