UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   KELLY A. FEGLEY          : CHAPTER 13
         Debtor(s)                :
                                  :
CHARLES J. DEHART, III            :
STANDING CHAPTER 13 TRUSTEE       :
                                  :
         vs.                      :
                                  :
KELLY A. FEGLEY                   :
         Respondent(s)            : CASE NO. 1-16-bk-02974


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of January, 2017, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 10, 2016 be withdrawn, as all issues have been resolved.

    Respectfully submitted,

    /s/Charles J. DeHart, III___
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 20th day of January, 2017, I hereby certify that I have served the within Motion by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Johanna Hill Rehkamp, Esquire
P.O. Box 60457
Harrisburg, PA 17106

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee