Certificate Number: 14912-PAM-DE-028768709

Bankruptcy Case Number: 16-02974


14912-PAM-DE-028768709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2017, at 5:49 o'clock PM EST, Kelly Fegley completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 15, 2017

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor