```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02974-HWV
Kelly A. Fegley                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: KADavis      Page 1 of 1      Date Rcvd: Aug 23, 2019
                     Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
        +MR JEREMY J FEGLEY,   6243 HARDING AVNEUE,   HARRISBURG, PA 17112-1736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Christos A Katsaounis   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
          James   Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp   on behalf of Debtor 1 Kelly A. Fegley jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Joseph R. Baranko, Jr.   on behalf of Creditor   Lower Paxton Township Authority
           josephb@slusserlawfirm.com
          Joshua I Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly Fegley<br>　　　　　Debtor | Chapter 13 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>Vs.<br>Kelly Fegley<br>　　　　　Respondent<br>and<br>Jeremy J. Fegley<br>Charles J. DeHart, III Esq.<br>　　　　　Additional Respondents | NO. 16-bk-02974 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on November 3, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6243 Harding Avenue Harrisburg, PA 17112.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: August 23, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)