```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-02974-HWV
Kelly A. Fegley                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AutoDocke          Page 1 of 1              Date Rcvd: Feb 11, 2020
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
          +HARRISBURG CITY SCHOOL DISTRICT,    ATTN: PAYROLL,    1601 STATE STREET,
            HARRISBURG, PA 17103-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Kelly A. Fegley jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Authority
               josephb@slusserlawfirm.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:16-bk-02974-HWV
:
KELLY A. FEGLEY :
    Debtor : CHAPTER 13

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Motion of the Debtor, for termination of a wage attachment having come this day before the Court, it is:

**HEREBY ORDERED** that the Harrisburg City School District, the employer of the Debtor, Kelly A. Fegley, is hereby directed to discontinue deduction from the bi-weekly salary of Kelly A. Fegley, the sum of $188.77, immediately.

Dated: February 11, 2020     By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)