```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                        Case No. 16-02974-HWV
Kelly A. Fegley                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 2          Date Rcvd: Feb 24, 2020
                              Form ID: 309A            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
```
db              #+Kelly A. Fegley,    6243 Harding Avenue,    Harrisburg, PA 17112-1736
aty              Christos A Katsaounis,    Commonwealth of PA, Dept of Revenue,    Office of Chief Counsel,
                   Dept 281061,    Harrisburg, PA  17128-1061
aty             +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty             +Joseph R. Baranko, Jr.,    Slusser Law Firm,    1620 North Church Street,    Suite 1,
                   Hazleton, PA 18202-9509
aty             +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541
aty             +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541
tr              +Lawrence G. Frank (Trustee),    100 Aspen Drive,    Dillsburg, PA 17019-9621
cr              +Lower Paxton Township Authority,    425 Prince Street,    Harrisburg, PA 17109-3053
4813450         +Diversified Adjustment Service, Inc,     600 Coon Rapids Blvd,    Coon Rapids, MN 55433-5549
4813452         +Forte Music,    550 North Mountain Road,    Harrisburg, PA 17112-2383
4813453         +Jeremy Fegley,    6348 Knapp Road,    Harrisburg, PA 17111-4583
4813454         +Lower Paxton Township Auhtority,    425 Prince Street, Suite 139,    Harrisburg, PA 17109-3053
4829992        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                   P.O. Box 619096,    Dallas, TX 75261-9741)
4813456         +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4813457         +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
4813458         +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: jhr@cclawpc.com Feb 24 2020 19:53:36      Johanna Hill Rehkamp,
                   Cunningham, Chernicoff & Warshawsky, PC,    P.O. Box 60457,    2320 N. Second Street,
                   Harrisburg, PA  17106
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 24 2020 19:54:09       United States Trustee,
                   228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4813446          EDI: CAPITALONE.COM Feb 25 2020 00:28:00      Capital One,    PO Box 30281,
                   Salt Lake City, UT 84130-0281
4823097          EDI: CAPITALONE.COM Feb 25 2020 00:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC  28272-1083
4813448         +EDI: CONVERGENT.COM Feb 25 2020 00:28:00      Convergent Outsourcing,    800 SW 39th Street,
                   Renton, WA 98057-4927
4813449         +E-mail/Text: electronicbkydocs@nelnet.net Feb 24 2020 19:54:12       Dept of Education/Nelnet,
                   121 South 13th Street,    Lincoln, NE 68508-1904
4813451         +EDI: FSAE.COM Feb 25 2020 00:28:00      Firstsource,    205 Bryant Woods South,
                   Amherst, NY 14228-3609
4813455         +E-mail/Text: Bankruptcies@nragroup.com Feb 24 2020 19:54:37       National Recovery Agency,
                   2491 Paxton Street,    Harrisburg, PA 17111-1036
4813459          EDI: PRA.COM Feb 25 2020 00:28:00      Portfolio Recovery Associates LLC,
                   120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
4854269          EDI: PRA.COM Feb 25 2020 00:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk VA 23541
4823706          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2020 19:54:06
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, Pa.  17128-0946
4813460         +EDI: RMSC.COM Feb 25 2020 00:28:00      SYNCB/GAPDC,    PO Box 965036,    Orlando, FL 32896-5036
4813461          EDI: CITICORP.COM Feb 25 2020 00:28:00      THD/CBNA,    PO Box 6497,
                   Sioux Falls, SD 57117-6497
4818041         +E-mail/Text: electronicbkydocs@nelnet.net Feb 24 2020 19:54:12
                   U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4813447*         Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
          Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Kelly A. Fegley jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Joseph R. Baranko, Jr.    on behalf of Creditor    Lower Paxton Township Authority
           josephb@slusserlawfirm.com
          Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
          Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 8
```

|  | Information to identify the case: | | | | | |
|---|---|---|---|---|---|---|
| Debtor 1: | Kelly | A. | Fegley | Social Security number or ITIN: | xxx–xx–6345 | |
| | First Name | Middle Name | Last Name | EIN: | _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN: EIN: | _ _ _ _ _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | | | Date case filed in chapter: | 13 | 7/20/16 |
| Case number: | 1:16–bk–02974–HWV | | | Date case converted to chapter: | 7 | 2/10/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kelly A. Fegley | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6243 Harding Avenue<br>Harrisburg, PA 17112 | |
| 4. | **Debtor's attorney**<br>Name and address | Johanna Hill Rehkamp<br>Cunningham, Chernicoff & Warshawsky, PC<br>P.O. Box 60457<br>2320 N. Second Street<br>Harrisburg, PA 17106 | Contact phone (717) 238–6570<br><br>Email: jhr@cclawpc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br><br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

**Receiving Court Issued Orders and Notices by E−Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn−form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E−Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737 | Hours open:<br>Monday − Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901−2800<br><br>Date: 2/24/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 3, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number are required *** | Location:<br><br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 6/2/20 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |