IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
KELLY A. FEGLEY : CASE NO. 1:16-bk-02974-HWV
    Debtor :

**Change of Address of Debtor**

Previous Address:

Kelly A. Fegley
6243 Harding Avenue
Harrisburg, PA 17112

THE UPDATED ADDRESS IS:

Kelly A. Fegley
2641 Cranberry Circle
Harrisburg, PA 17112

  /s/ Johanna H. Rehkamp, Esquire                              3/18/20
Signature of Debtor or Debtor's Attorney                             Date